# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLENN E. TOLLEY

VERSUS

ACE AMERICAN INSURANCE
COMPANY, BRUNARD HENDERSON,
AND WASTE CONNECTIONS BAYOU,
INC.

NO. 2022 CW 0656

**JUNE 30, 2022**

---

In Re:    Waste Connections Bayou, Inc. ACE American Insurance
Company, and Brunard Henderson, applying for
supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 2018-0002655.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

JEW
CHH

McClendon, J., concurs.    The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT